Edward W. Choi, Esq., SBN 211334
LAW OFFICES OF CHOI & ASSOCIATES, APLC
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885

Attorneys for Plaintiff GLORIA CARDONA HENRY
(Additional Counsel listed on next page)

Yoon-Woo Nam, SBN 284644
Clara Rademacher, SBN 355494
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2300
Sacramento, CA 95814
Telephone: (916) 488-0159
Facsimile: (916) 5-58-4839

Attorneys for Defendant THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA CARDONA HENRY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:25-cv-06024-AMO<br><br>Judge:  Hon. Araceli Martínez-Olguín<br><br>**JOINT STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER** |

JOINT STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER

## **ADDITIONAL COUNSEL**

Brandon M. Banks (SBN 314667)
BRANDON BANKS LAW, APC
3223 Webster Street
San Francisco, California 94123
Tel: (415) 606-7017
Fax: (415) 358-4233
Email: brandon@brandonbankslaw.com

Attorneys for Plaintiff GLORIA CARDONA HENRY

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

This Stipulation is hereby entered into by and between Gloria Cardona Henry ("Plaintiff") and Defendant The Hertz Corporation ("Defendant") (collectively the "Parties") through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have fully executed a binding settlement agreement and Defendant has made the settlement payment.

**THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

1.     This action, including all claims shall be dismissed with prejudice and this case shall be closed.

**IT IS SO STIPULATED:**

Dated:  June 4, 2026                Respectfully submitted,

LAW OFFICES OF CHOI & ASSOCIATES, APLC

By:    */s/ Edward W. Choi*
Edward Choi
Attorneys for Plaintiff
GLORIA CARDONA HENRY

Dated:  June 4, 2026                Respectfully submitted,

BRANDON BANKS LAW, APC

By:    */s/ Brandon M. Banks*
Brandon M. Banks
Attorneys for Plaintiff
GLORIA CARDONA HENRY

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

Dated: June 4, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Yoon-Woo Nam*
    Yoon-Woo Nam
    Clara Rademacher
    Attorneys for Defendant THE HERTZ
    CORPORATION

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

## [PROPOSED] ORDER

THE COURT, having received and reviewed the Joint Stipulation For Dismissal (Dkt No. 31), and GOOD CAUSE appearing, herein orders as follows:

1.        This action shall be dismissed with prejudice and this case shall be closed.

**IT IS SO ORDERED**.


DATED:      6/5/2026



_____
Hon. Araceli Martínez-Olguín
U.S. District Court, California Northern District

---

1
JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER